October 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH W. ISAAC, Appellant

NO. 14-16-00728-CV                    V.

CONSTANCE BURNSIDE, Appellee

_____

This cause, an interlocutory permissive appeal from an order denying appellant's, Kenneth W. Isaac, traditional motion for summary judgment in favor of appellee, Constance Burnside, signed, August 2, 2016, was heard on the transcript of the record. The record shows that the requirements for a permissive appeal pursuant to Section 51.-14 of the Texas Civil Practice and Remedies Code have not been satisfied. Accordingly, we deny the petition.

We order appellant, Kenneth W. Isaac, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.